# Third District Court of Appeal

## State of Florida

Opinion filed April 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1231
Lower Tribunal No. 16-31841

_____

## Guyberto R. Jean Louis,
Appellant,

vs.

## Maria Obeida Carvajal and Jose A. Rodriguez Renteria,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Khullar P.A., and Divya Khullar (Tamarac), for appellant.

Michael J. Neimand, for appellees.

Before FERNANDEZ, C.J., and SCALES and MILLER, JJ.

PER CURIAM.

Affirmed.